**Matthew S. Parmet** (AZ Bar # 037945)
matt@parmet.law
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5228

**Attorneys for Plaintiffs**

**Timothy Coons** (031208)
tcoons@counxel.com
**COUNXEL LEGAL FIRM**
2222 S. Dobson Rd Suite 1104
Mesa, Arizona 85202
Office: (480) 536-6122

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Bryan Flores, individually and on behalf of all others similarly situated**, | **Case No. 2:22-cv-00795-PHX-DLR** |
| | FLSA Collective Action |
| Plaintiff, | FED. R. CIV. P. 23 Class Action |
| vs. | **Stipulation of Dismissal with Prejudice** |
| **Hatch Haven, LLC**, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bryan Flores, individually and on behalf of Opt-in Plaintiffs in this lawsuit, and Defendant Hatch Haven, LLC jointly stipulate to the dismissal of this lawsuit with prejudice, with each party to bear their own costs and fees. A proposed order is attached.

Date: Dec. 22, 2023

PARMET PC

Respectfully submitted,

*/s/ Matthew S. Parmet*

By: _____

**Matthew S. Parmet**

**PARMET PC**

**Attorneys for Plaintiffs**

*/s/ Timothy Coons*

By: _____

**Timothy Coons**

**COUNXEL LEGAL FIRM**

**Attorneys for Defendant**